Commonwealth, Appellant *v.* Rosenfield.

Argued April 24, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

*James D. Crawford,* Deputy District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant.

*Benjamin R. Donolow,* with him *Paul D. Sulman,* for appellee.

OPINION PER CURIAM, June 28, 1972:

The order of the Superior Court reversing the judgment of sentence is affirmed.

Mr. Justice NIX took no part in the consideration or decision of this case.